**UNITED STATES DISTRICT COURT FOR THE**
**WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **JAMES MCMICHAEL, as next of kin and Personal Representative of the Estate of COREY JAMES MCMICHAEL, deceased,** | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | **Case No. CIV-26-1658-G** |
| **OKLAHOMA COUNTY CRIMINAL JUSTICE AUTHORITY et al.,** | ) | |
| **Defendants.** | ) | |

**ORDER**

Now before the Court are Motions to Dismiss (Doc. Nos. 4, 5) filed by Defendant Oklahoma County Criminal Justice Authority and Board of County Commissioners for Oklahoma County, seeking dismissal of Plaintiff's initial pleading (Doc. No. 1-2).

Plaintiff has now timely filed an Amended Complaint (Doc. No. 8). *See* Fed. R. Civ. P. 15(a)(1)(B). Plaintiff's Amended Complaint supersedes the original pleading and renders it of no legal effect. *See Davis v. TXO Prod. Corp.*, 929 F.2d 1515, 1517 (10th Cir. 1991).

Accordingly, the pending Motions to Dismiss (Doc. Nos. 4, 5) are DENIED AS MOOT.

IT IS SO ORDERED this 13th day of August, 2026.

Charles B. Goodwin

CHARLES B. GOODWIN
United States District Judge